## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PATRICK JAMES WRIGHT<br><br>Defendant. | CR-25-93-GF-BMM-6<br><br><br>ORDER |

The Court has been informed that Defendant Patrick Wright (Wright) has been hospitalized with serious medical complications. In light of these serious medical complications the Court deems it appropriate to withdraw the U.S. Marshal security measures attached to Wright. **IT IS HEREBY ORDERED** that the U.S. Marshals security measures attached to Patrick Wright are withdrawn.  Wright will return to the Cascade County Detention Center upon his release from his hospital stay.

**DATED** this 6th day of July 2026.

_____
Brian Morris, Chief District Judge
United States District Court